UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BONNIE MAE KRAUSE-KAPALCZYNSKI,

Plaintiff,

v.

Case No. 26-cv-1200-bhl

THE UNITED STATES OF AMERICA,
FRANK J BISIGNANO and
ROBERT F KENNEDY, JR,

Defendants.

---

**ORDER**

---

On July 9, 2026, Plaintiff Bonnie Mae Krause-Kapalczynski, proceeding without an attorney, filed a host of documents, motions, and a "Verified Complaint," naming the United States of America, Frank Bisignano, the Commissioner of the Social Security Administration (SSA), and Robert F. Kennedy, Jr., the Secretary of Health and Human Services, as defendants. (ECF No. 1.) Plaintiff also asked for leave to proceed without prepayment of the filing fee, or *in forma pauperis* (IFP). (ECF No. 4.) On July 22, 2026, the Court denied Plaintiff's IFP motion without prejudice because she did not provide evidence establishing her indigence and dismissed her complaint for violating Federal Rule of Civil Procedure 8(a) but gave her leave to file an amended complaint. (ECF No. 40.) The Court also denied Plaintiff's other miscellaneous motions as moot. (*Id.*)

Plaintiff has now renewed her motion to proceed IFP and filed a difficult-to-understand document entitled "EX Parte Emergency Petition for Leave of Court to Amend Pleadings to Join Additional Part(ies) and Related Claims/Controversies in her Own Right and Martial Status along with Memorandum in Support of [Proposed] Court Order and Request for Declaratory, Injunction, TRO, Mandamus Relief, and Plaintiff's Formal Objection to Unlawful Benefit Termination (Complaint)," which appears to be an attempt at an amended complaint. Because Plaintiff's proposed amendment is incomprehensible and fails to provide basic notice to the Court or Defendants of what claims Plaintiff intends to bring, Plaintiff's case will be dismissed. *See United*

*States ex rel. Garst v. Lockheed-Martin Corp.*, 328 F.3d 374, 378 (7th Cir. 2003); *see also Davis v. Ruby Foods*, *Inc.*, 269 F.3d 818, 820 (7th Cir. 2001). The Court will also deny Plaintiff's request to proceed IFP as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint, ECF No. 43, is **DISMISSED with prejudice**. The Clerk is directed to enter judgment accordingly.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Proceed Without Prepayment of the Filing Fee, ECF No. 41, is **DENIED as moot**.

Dated at Milwaukee, Wisconsin, on August 5, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge